# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MANUEL VARGAS, | Case No.: 1:12-cv-00816-SKO |
| Plaintiff, | **ORDER GRANTING REQUEST FOR AN EXTENSION OF TIME** |
| v. | (Doc. 15) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

On January 7, 2013, Plaintiff submitted a motion requesting an extension of time to February 6, 2013, to file the opening brief. (Doc. 15.) Plaintiff's motion indicates that Defendant does not oppose the request. (Doc. 15, 1:26-2:1.)

Accordingly, IT IS HEREBY ORDERED that:

1.      Plaintiff shall file an opening brief on or before February 6, 2013;

1.      Defendant shall file a brief in response to Plaintiff's opening brief on or before March 8, 2013; and

2.      Plaintiff may file a reply brief no later than March 25, 2013.

IT IS SO ORDERED.

**Dated:     January 8, 2013**                         /s/ Sheila K. Oberto
                                                UNITED STATES MAGISTRATE JUDGE